Hugh Ryan GARTH, Appellant,

v.

REIS ENVIRONMENTAL; Wise El Santo Co., Inc., Appellees.

No. 05–1608.

United States Court of Appeals, Eighth Circuit.

Submitted: June 9, 2006.

Filed: June 14, 2006.

Hugh Ryan Garth, St. Louis, MO, pro se.

William James Magrath, James M. Paul, Lathrop & Gage, St. Louis, MO, for Appellees.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

PER CURIAM.

Hugh Ryan Garth appeals the district court's [1] adverse grant of summary judgment in his Title VII employment-discrimination suit against his former employer, Reis Environmental, and its corporate parent, Wise El Santo Co., Inc. Having carefully reviewed the record, *see Kincaid v. City of Omaha*, 378 F.3d 799, 803–04 (8th Cir.2004) (de novo standard of review), we agree with the district court that there is no genuine issue of material fact and defendants are entitled to judgment as a

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota,

matter of law. Accordingly, we affirm. *See* 8th Cir. R. 47B.